IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHELLEY JAMES, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | No. 7:11-cv-93 (HL) |
| : | |
| DEPARTMENT OF BEHAVIORAL : | |
| HEALTH AND DEVELOPMENTAL : | |
| DISABILITIES, : | |
| : | |
| Defendant. : | |
| _____ | |

## ORDER

Pursuant to the telephone conference call, the Court orders Plaintiff to produce the requested interrogatories and requests for production by the close of business on Monday, January 9, 2012. If Plaintiff fails to produce these documents by this date, the case will be dismissed without further notice to the parties.

**SO ORDERED**, this 3rd day of January, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr