IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHELLY JAMES,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES and THE COUNCIL ON ALCOHOL AND DRUGS, INC.**<br><br>Defendants. | Civil Action No. 7:11-CV-93 (HL) |

## ORDER

Before the Court is Defendant The Council on Alcohol and Drugs, Inc.'s ("the Council") Motion for Reconsideration. (Doc. 24.) In its Motion, the Council requests that the Court reconsider its April 27, 2012 order extending discovery for sixty days. Instead of sixty days, the Council proposes a 120-day extension of the discovery deadline based on the late addition of the Council to this action.

While acknowledging that the Council was added as a Defendant months after the lawsuit was initially filed, the Court is not persuaded by the Council's argument that the sixty-day extension of the discovery period was inappropriate. Counsel for Plaintiff and Defendants are ordered to proceed with haste to complete discovery, and if insurmountable problems arise, the parties should notify the Court and a further extension will be considered. Until that time, the discovery deadline remains June 26, 2012.

**SO ORDERED,** this 10th day of May, 2012.

                                              **_s/ Hugh Lawson_**
                                              HUGH LAWSON, SENIOR JUDGE

ebr