# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **SHELLY JAMES,**<br><br>        Plaintiff,<br><br>    v.<br><br>**DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES and THE COUNCIL ON ALCOHOL AND DRUGS, INC.**<br><br>        Defendants. | Civil Action No. 7:11-CV-93 (HL) |

## ORDER

The Court has reconsidered its Order on Defendant Council on Alcohol and Drugs, Inc.'s Motion for Reconsideration (Doc. 25) and now finds that an extension of the deadlines in this case is appropriate.

In a previous Order (Doc. 22), the Court set the discovery deadline for June 26, 2012 and the dispositive motion deadline for August 10, 2012. These deadlines shall be extended by thirty days. Thus, the amended discovery deadline in this case will be Thursday, July 26, 2012. Dispositive motions will be due Monday, September 10, 2012. The Court does not anticipate granting any further extensions absent extenuating circumstances.

**SO ORDERED,** this 14th day of May, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr